Chen v. Holder

BIA
Cheng, IJ
A087 448 209

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand fourteen.

PRESENT:
>        JON O. NEWMAN,
>        DENNIS JACOBS,
>        PIERRE N. LEVAL,
>             *Circuit Judges*.

———————————————————————————————————

MEIXIANG CHEN,
>        *Petitioner*,

>        v.                                        13-2663
>                                                  NAC

ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
>        *Respondent*.

———————————————————————————————————


FOR PETITIONER:        Gary J. Yerman, New York, New York.

08152014-B3-5

**FOR RESPONDENT:**     Stuart F. Delery, Assistant Attorney General; Leslie McKay, Assistant Direcor; Ilissa M. Gould, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Meixiang Chen, a native and citizen of China, seeks review of a June 13, 2013, decision of the BIA, affirming the July 18, 2012, decision of Immigration Judge ("IJ") Mary Cheng, denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Meixiang Chen*, No. A087 448 209 (B.I.A. June 13, 2013), *aff'g* No. A087 448 209 (Immig. Ct. N.Y. City July 18, 2012). We assume the parties' familiarity with the underlying facts and procedural history of this case.

Under the circumstances of this case, we have reviewed both the IJ's and the BIA's opinions "for the sake of completeness." *Zaman v. Mukasey*, 514 F.3d 233, 237 (2d Cir. 2008) (quotation marks and citations omitted). The applicable standards of review are well established. *See*

08152014-B3-5

8 U.S.C. § 1252(b)(4)(B); *Yanqin Weng v. Holder*, 562 F.3d 510, 513 (2d Cir. 2009).

Chen applied for asylum, withholding of removal, and CAT relief based, in part, on his claim that he fears persecution because he has had more than one child in violation of China's population control program. For largely the same reasons as this Court set forth in *Jian Hui Shao*, 546 F.3d 138, we find no error in the agency's determination that Chen failed to demonstrate his eligibility for relief on that ground. *See id.* at 158-72.

We also find no error in the agency's determination that Chen failed to demonstrate his eligibility for relief based on his religion. The evidence Chen submitted did not demonstrate that Chinese authorities are aware of, or likely to become aware of, his religious practice. *See Hongsheng Leng v. Mukasey*, 528 F.3d 135, 143 (2d Cir. 2008).

For the foregoing reasons, this petition for review is DENIED. As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with

Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk